IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID J. BURKEE,

    Plaintiffs,

v.

JOHN WILSON, TOWN OF BELOIT,
WISCONSIN, ROBERT MUSEUS,
GREG GROVES, SHANNON LADWIG,
PHIL TABER, DICK LAMONTE, and
DAVID TOWNSEND,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-586-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants granting their motions for summary judgment and dismissing this case.

_____    _____
Peter Oppeneer, Clerk of Court                         11/22/11
                                                                   Date